HYMAN SECKULAR AND RUTH SECKULAR v.
OWENS–ILLINOIS, INC.

December 16, 1986.

Petition for certification denied.

HYMAN SECKULAR AND RUTH SECKULAR v. NICOLET, INC.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KENT MCRAE.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR L. WASHINGTON.

December 16, 1986.

Petition for certification denied.